**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:24-CR-00294-01-DGK |
| v. | ) | |
| | ) | |
| NICHOLAS K. BIRDSONG, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On March 28, 2026, the Court ordered Defendant to undergo a competency evaluation. Defendant was examined at the Federal Detention Center in SeaTac, Washington. On May 28, 2026, Matthew R. Opsesso, Psy.D., filed a psychological evaluation with the Court opining Defendant is competent to proceed. ECF No. 28.

On June 18, 2026, Magistrate Judge Jill A. Morris held a competency hearing and issued a report and recommendation, ECF No. 31, finding Defendant competent to proceed. Neither party objected to the report and recommendation.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Jill A. Morris is adopted in its entirety, and this court finds Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between March 28, 2026, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date:   July 6, 2026          /s/ Greg Kays
                             GREG KAYS, JUDGE
                             UNITED STATES DISTRICT COURT